JUDGE D*****

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CIV 8583**

-----------------------------------------------------------------x
:
PYO ORIGINALS, LLC and :
DAWN BENNETT, : Civ. (   )
:
Plaintiffs, :
:
      - against -   : **RULE 7.1 DISCLOSURE**
: **STATEMENT**
PAUL YAFFE DESIGN INC. and :
PAUL YAFFE, :
:
:
Defendants. :
-----------------------------------------------------------------x

  Under Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for plaintiffs, PYO Originals, LLC and Dawn Bennett, hereby certifies that PYO Originals LLC has no parent corporation or publicly-held corporation which owns 10% or more of its stock.

Dated: New York, New York
    October 3, 2007

            **INGRAM YUZEK GAINEN**
             **CARROLL & BERTOLOTTI, LLP**

            By: _/s/_
              David G. Ebert (4078)
            Attorneys for Plaintiffs
            250 Park Avenue
            New York, New York 10177
            (212) 907-9600

               and

            **KENYON & KENYON LLP**
            By: Jonathan D. Reichman (3243)
            One Broadway
            New York, NY 10004-1007
            (212) 425-7200