AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

PYO Originals, LLC and Dawn Bennett,

V.

Paul Yaffe Design Inc. and Paul Yaffe

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 8583**

TO: (Name and address of Defendant)

Paul Yaffe
2211 East Indian School Road, Phoenix, AZ 85016

Paul Yaffe Design Inc.
2211 East Indian School Road, Phoenix, AZ 85016

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David G. Ebert
Ingram Yuzek Gainen Carroll & Bertolotti, LLP
250 Park Avenue, 6th Floor
New York, NY 10177

Jonathan D. Reichman
Kenyon & Kenyon
One Broadway
New York, NY 10004

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  OCT 03 2007

IN THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

**PYO Original, LLC, et al.**   NO. 07 CIV 8583

       Plaintiff(s)/Petitioner(s),   **AFFIDAVIT OF SERVICE OF PROCESS**

v.

**Paul Yaffee Design, Inc.,**
et
al.

       Defendant(s)/Respondent(s).

I __CRAIG LOWE__ Being duly sworn, depose and say that I am fully qualified under ARCP 4(e) to serve process within the State of Arizona, and executed service in the manner described below:

Documents Served: **Summons & Complaint**

Service Upon: **Paul Yaffee Design, Inc.**

Date of Service: **October 11th, 2007**   Time Of Service: **5:00 PM**

Address of Service: **2211 E Indian School Road, Phoenix, AZ 85016**

**Manner of Service:**

☐ By serving _____ in person.

☐ Substitute, by serving _____, a person of suitable age & discretion who resides with _____ at the address of service.

☑ By personally serving **Ed Goettel** who holds the position of **Shop Manager**.

☐ Other Service, As Detailed Below.

☐ Non-Service for the Reasons Detailed Below.

Description: sex: male, skin color: white, hair: bel/grey, ht: 5'10", wt: 180, age: 40's

I certify under penalty of perjury that the foregoing is true and correct.

X _____
Declarant: Print Name  CRAIG LOWE
Registered in  Maricopa  County

Subscribed and Sworn to before me this 23rd day of October 2007.

_____ Notary Public

Angie Rarick
Notary Public - Arizona
Maricopa County
My Commission Expires
May 9, 2008