Marshall Beil (MB-0992)
Allison D. Charney (AC-0358)
McGUIREWOODS LLP
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105-0106
(212) 548-7004
*Attorneys for Defendants*
*Paul Yaffe Design Inc. and Paul Yaffe*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

| | |
|---|---|
| PYO ORIGINALS, LLC and DAWN BENNETT, | 07 Civ. 8583 (GBD) ECF CASE |
| Plaintiffs, | |
| - against - | **NOTICE OF APPEARANCE** |
| PAUL YAFFE DESIGN INC. and PAUL YAFFE, | |
| Defendants. | |

------------------------------------x

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for Defendants Paul Yaffe Design Inc. and Paul Yaffe in the above-captioned action. I certify that I have been admitted to practice in this Court.

Dated: New York, New York
November 6, 2007

Respectfully submitted,

*/s/ Allison Charney*
Allison D. Charney (AC-0358)
McGUIREWOODS LLP
1345 Avenue of the Americas
New York, NY 10105
(212) 548-7004
*Attorneys for Defendants*
*Paul Yaffe Design Inc. and Paul Yaffe*

\4859205.1