Marshall Beil (MB-0992)
Allison D. Charney (AC-0358)
McGUIREWOODS LLP
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105-0106
(212) 548-7004
*Attorneys for Defendants*
*Paul Yaffe Design Inc. and Paul Yaffe*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- x
PYO ORIGINALS, LLC and          :   07 Civ. 8583 (GBD)
DAWN BENNETT,                         :   ECF CASE
                                                       :
                              Plaintiffs,     :
                                                       :   **NOTICE OF APPEARANCE**
            - against -                        :
                                                       :
PAUL YAFFE DESIGN INC. and   :
PAUL YAFFE,                              :
                                                       :
                              Defendants. :
------------------------------------------------- x

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for Defendants Paul Yaffe Design Inc. and Paul Yaffe in the above-captioned action. I certify that I have been admitted to practice in this Court.

Dated: New York, New York
           November 6, 2007

Respectfully submitted,

/s/ Marshall Beil
Marshall Beil (MB-0992)
McGUIREWOODS LLP
1345 Avenue of the Americas
New York, NY 10105
(212) 548-7004
*Attorneys for Defendants*
*Paul Yaffe Design Inc. and Paul Yaffe*

\4859203.1