UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PYO ORIGINALS, LLC and
DAWN BENNETT,

                    Plaintiffs,

          - against -

PAUL YAFFE DESIGN INC. and
PAUL YAFFE,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:  07 Civ. 8583 (GBD)
:  ECF CASE
:
:  **STIPULATION AND ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 0 7 2007

IT IS HEREBY STIPULATED AND AGREED by and between the

undersigned that the time for Defendants PAUL YAFFE DESIGN INC. and PAUL

YAFFE to answer or move with respect to the Complaint is extended to November 30,

2007.

Dated: New York, New York
      November 6, 2007

Marshall Beil (MB 0992)
Allison D. Charney (AC 0358)
McGUIREWOODS LLP
1345 Avenue of the Americas, 7th Fl
New York, New York 10105
(212) 548-7004
*Attorneys for Defendants*

David G. Ebert (DG 4078)
INGRAM YUZEK GAINEN CARROLL
& BERTOLOTTI LLP
250 Park Avenue
New York, New York 10177
(212) 907-9600
*Attorneys for Plaintiffs*

**SO ORDERED:**
Dated: New York, New York
      November ___, 2007    NOV 0 7 2007

Hon. George B. Daniels
U.S.HON. GEORGE B. DANIELS

\4859257