Marshall Beil (MB-0992)
Allison D. Charney (AC-0358)
McGUIREWOODS LLP
1345 Avenue of the Americas
Seventh Floor
New York, NY  10105-0106
(212) 548-7004
*Attorneys for Defendants*
*Paul Yaffe Design Inc. and Paul Yaffe*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| PYO ORIGINALS, LLC and DAWN BENNETT, | : : : | 07 Civ. 8583 (GBD) |
| | : | ECF CASE |
| Plaintiffs, | : : | |
| | : | **DEFENDANTS' RULE 7.1** |
| - against - | : | **STATEMENT** |
| | : | |
| PAUL YAFFE DESIGN INC. and PAUL YAFFE, | : : : | |
| | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendants Paul Yaffe Design, Inc. and Paul Yaffe certify that Paul Yaffe Design, Inc. has no parent corporation or publicly held corporation which owns 10% or more of its stock.

Dated: New York, New York
       November 30, 2007

                                                               Respectfully submitted,

                                                            _____/s/ Marshall Beil_____
                                                            Marshall Beil (MB-0992)
                                                           Allison D. Charney (AC-0358)
                                                           McGUIREWOODS LLP
                                                           1345 Avenue of the Americas
                                                          New York, NY 10105
                                                          (212) 548-7004
                                                          *Attorneys for Defendants*
                                                          Paul Yaffe Design Inc. and Paul Yaffe

\4888678.1