## CERTIFICATE OF SERVICE

I do hereby certify I electronically filed the foregoing Defendants' Rule 7.1 Statement with the Clerk of the Court by using the CM/ECF system on the 30th day of November, 2007, which will send a notice of electronic filing to the following:

David G. Ebert, Esq.
Ingram Yuzek Gainen Carroll & Bertolotti, LLP
250 Park Avenue
New York, NY 10177
Email: debert@ingramllp.com

Jonathan D. Reichman, Esq.
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004
Email: jreichman@kenyon.com

McGUIREWOODS LLP


_____/s/ _____
Marshall Beil (MB 0992)