## CERTIFICATE OF SERVICE

      I do hereby certify I electronically filed the foregoing Notice of Motion, Declaration of Paul Yaffe in Support of Defendants' Motion to Dismiss, dated November 29, 2007, Memorandum of Law in Support of Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction, dated November 30, 2007 with the Clerk of the Court by using the CM/ECF system on the 30th day of November, 2007, which will send a notice of electronic filing to the following:

      David G. Ebert, Esq.
      Ingram Yuzek Gainen Carroll & Bertolotti, LLP
      250 Park Avenue
      New York, NY 10177
      Email: debert@ingramllp.com

      Jonathan D. Reichman, Esq.
      Kenyon & Kenyon LLP
      One Broadway
      New York, NY 10004
      Email: jreichman@kenyon.com

      McGUIREWOODS LLP


_____/s/ _____
Marshall Beil (MB 0992)