UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

FYO ORIGINALS, LLC and
DAWN BENNETT,

                Plaintiffs,

- against -

PAUL YAFFE DESIGN INC. and
PAUL YAFFE,

                Defendants.
-----------------------------------X

07 Civ. 8583 (GBD)

ECF case

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by and between the undersigned attorneys for the parties that plaintiffs' time to respond to defendants' motion to dismiss is extended to January 14, 2008.

Reply papers are due January 28, 2008.

Dated: New York, New York
        December 17, 2007

INGRAM YUZEK GAINEN CARROLL
& BERTOLOTTI, LLP
Attorneys for Plaintiffs

By: _____
    David G. Ebert (DE-4078)
    Mioko C. Tajika (MT-8725)
250 Park Avenue
New York, New York 10177
(212) 907-9600 (Tel)
(212) 907-9681 (Fax)

McGUIRE WOODS LLP
Attorneys for Defendants

By: _____
    Marshall Beil (MB-0992)
    Allison D. Charney (AC-0358)
1345 Avenue of the Americas
New York, New York 10105
(212) 548-7004 (Tel)
(212) 715-2319 (Fax)

SO ORDERED:

_____ DEC 1 8 2007
Hon. P. George B. Daniels
United States District Judge
HON. GEORGE B. DANIELS

238371_1/02661-001