## INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP

250 PARK AVENUE
NEW YORK, NEW YORK 10177
Telephone (212) 907-9600
Facsimile (212) 907-9681

Mioko Tajika

Writer's Direct Dial: (212) 907-9632
E-Mail: MTAJIKA@INGRAMLLP.COM

January 4, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: JAN 0 7 2008

**VIA FACSIMILE (212) 805-6737**

Hon. George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007

**SO ORDERED**

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS

JAN 0 7 2008

Re: PYO Originals, LLC and Dawn Bennett v.
Paul Yaffe Design, Inc. and Paul Yaffe, 07 Civ. 8583 (GBD)

Dear Judge Daniels:

We represent plaintiffs in the above-referenced case. We are requesting an adjournment of the initial pretrial conference currently scheduled for January 9, 2008, at 9:30 a.m., to February 6, 2008. Counsel for defendants has consented to the adjournment. I have spoken with Ms. Rahel Seifu, who advised that this request may be made by fax.

Thank you for the Court's attention to this matter.

Respectfully,

Mioko C. Tajika

cc: Marshall Biel, Esq. (via e-mail)
    Allison D. Charney, Esq. (via e-mail)

263183_1/02661-001