UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
PYO ORIGINALS, LLC and :
DAWN BENNETT, : 07 Civ. 8583 (GBD)
:
Plaintiffs, : ECF case
:
- against - : **STIPULATION AND ORDER**
:
PAUL YAFFE DESIGN INC. and :
PAUL YAFFE, :
:
:
Defendants. :
------------------------------------------------------------X

    **IT IS HEREBY STIPULATED** by and between the undersigned attorneys for the parties that plaintiffs' time to respond to defendants' motion to dismiss is extended to January 22, 2008.

Reply papers are due February 1, 2008.

Dated: New York, New York
          January 10, 2008

**INGRAM YUZEK GAINEN CARROLL
& BERTOLOTTI, LLP**
Attorneys for Plaintiffs

By: _____
David G. Ebert (DE-4078)
Mioko C. Tajika (MT-8728)
250 Park Avenue
New York, New York 10177
(212) 907-9600 (Tel)
(212) 907-9681 (Fax)

**McGUIREWOODS LLP**
Attorneys for Defendants

By: _____
Marshall Beil (MB-0992)
Allison D. Charney (AC-0358)
1345 Avenue of the Americas
New York, New York 10105
(212) 548-7004 (Tel)
(212) 715-2319 (Fax)

SO ORDERED: JAN 1 4 2008

_____
Hon. P. George B. Daniels
United States District Judge

263559_1/02661-001