UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
PYO ORIGINALS, LLC and
DAWN BENNETT,                                  :   07 Civ. 8583 (GBD)

                  Plaintiffs,   :   ECF case

   - against -                                 :   **STIPULATION AND ORDER**

PAUL YAFFE DESIGN INC. and                     :
PAUL YAFFE,
                                      :

                  Defendants.  :
-------------------------------------------------------------X

      **IT IS HEREBY STIPULATED** by and between the undersigned attorneys for the parties that plaintiffs' time to respond to defendants' motion to dismiss is extended to January 22, 2008.

Reply papers are due February 1, 2008.

Dated:   New York, New York
         January 10, 2008


**INGRAM YUZEK GAINEN CARROLL**    **McGUIREWOODS LLP**
  **& BERTOLOTTI, LLP**                             Attorneys for Defendants
Attorneys for Plaintiffs

By: _____             By: _____
  David G. Ebert (DE-4078)                 Marshall Beil (MB-0992)
  Mioko C. Tajika (MT-8728)             Allison D. Charney (AC-0358)
250 Park Avenue                               1345 Avenue of the Americas
New York, New York 10177               New York, New York 10105
(212) 907-9600 (Tel)                      (212) 548-7004 (Tel)
(212) 907-9681 (Fax)                      (212) 715-2319 (Fax)

SO ORDERED:  JAN 1 4 2008

_____
Hon. P. George B. Daniels
**HON. GEORGE B. DANIELS**
United States District Judge

263559_1/02661-001