USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 2 0 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

PYO ORIGINALS, LLC and
DAWN BENNETT,

                Plaintiffs,

- against -

PAUL YAFFE DESIGN INC. and
PAUL YAFFE,

                Defendants.
-------------------------------------------------------X

07 Civ. 8583 (GBD)

ECF case

**STIPULATION AND ORDER
FOR SUBSTITUTION
OF COUNSEL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that pursuant to Local Civil Rule 1.4, Foley & Lardner, LLP will be substituted as attorneys of record for plaintiffs PYO Originals, LLC and Dawn Bennett in this action in place of Ingram Yuzek Gainen Carroll & Bertolotti, LLP and Kenyon & Kenyon, LLP.

Dated: New York, New York
       February 5, 2008

                              INGRAM YUZEK GAINEN CARROLL
                              & BERTOLOTTI, LLP

                              By: David G. Ebert
                              250 Park Avenue
                              New York, New York 10177
                              (212) 907-9600

                              and

                              **KENYON & KENYON LLP**
                              By: Jonathan D. Reichman
                              One Broadway
                              New York, NY 10004-1007
                              (212) 425-7200

267567_1/02661-003

FOLEY & LARDNER LLP

_____
By: Peter N. Wang
90 Park Avenue
New York, New York 10016
(212) 682-7474

SO ORDERED: FEB 2 0 2008

_____
U.S.D.J. JUDGE GEORGE B. DANIELS