UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
DAWN BENNETT,                                            07 CV 8583  (GBD)

                Plaintiff,

        vs.                                      **NOTICE OF APPEARANCE**

PAUL YAFFE DESIGN INC. and
PAUL YAFFE

                Defendants.
--------------------------------------------------------X

      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Plaintiff Dawn Bennett in the above-captioned action.

      Please adjust your records accordingly and serve additional copies of all future pleadings, court papers and correspondence to the address listed below:

Robert A. Scher (RS 2910)
FOLEY & LARDER LLP
90 Park Avenue
New York, New York 10016
Tel: (212) 682-7474
Fax: (212) 687-2329
Email: rscher@foley.com

      Dated: March 20, 2008
      New York, New York

                                      /s/ Robert A. Scher_____

                                  Robert A. Scher (RS 2910)
                                  FOLEY & LARDNER LLP
                                  90 Park Avenue
                                  New York, NY 10016
                                  (212) 682-7474
                                  *Attorneys for Plaintiff Dawn Bennett*

NYC_199347.1

## CERTIFICATION OF SERVICE

I, Robert A. Scher, an attorney with Foley & Lardner LLP, hereby certify that on this March 20, 2008, I caused the foregoing **Notice of Appearance** to be electronically filed with the United States District Court for the Southern District of New York.

All documents were served electronically to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Robert A. Scher
Robert A. Scher
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Tel: (212) 682-7474
Fax: (212) 687-2329