```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 01 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
DAWN BENNETT,                            :   07 Civ. 8583 (GBD)
                                         :   ECF CASE
                        Plaintiffs,      :
                                         :
            - against -                  :   **STIPULATION AND ORDER**
                                         :
PAUL YAFFE DESIGN INC. and               :
PAUL YAFFE,                              :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the time for Defendants PAUL YAFFE DESIGN INC. and PAUL YAFFE to answer or move with respect to the Amended Complaint is extended to April 16, 2008.

Dated: New York, New York
       March 27, 2008

_____          _____
Marshall Beil (MB 0992)                Peter N. Wang (PW 9216)
Allison D. Charney (AC 0358)           Robert A. Scher (RS 2910)
McGUIREWOODS LLP                       FOLEY & LARDNER LLP
1345 Avenue of the Americas, 7th Fl    90 Park Avenue
New York, New York 10105               New York, New York 10016
(212) 548-7004                         (212) 682-7474
*Attorneys for Defendants*             *Attorneys for Plaintiffs*

**SO ORDERED:**
Dated: New York, New York
       March ___, 2008.    APR 0 1 2008

_____
Hon. George B. Daniels
U.S.D.J.
**HON. GEORGE B. DANIELS**

\5238878 1