UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
DAWN BENNETT,                            :   07 Civ. 8583 (GBD)
                                         :   ECF CASE
                          Plaintiffs,    :
                                         :
         - against -                     :   **STIPULATION AND ORDER**
                                         :
PAUL YAFFE DESIGN INC. and               :
PAUL YAFFE,                              :
                                         :
                          Defendants.    :
                                         :
----------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the time for Defendants PAUL YAFFE DESIGN INC. and PAUL YAFFE to answer or move with respect to the Amended Complaint is extended to May 2, 2008.

Dated: New York, New York
       April 16, 2008

*signature: Allison Charney*
Marshall Beil (MB 0992)
Allison D. Charney (AC 0358)
McGUIREWOODS LLP
1345 Avenue of the Americas, 7th Fl
New York, New York 10105
(212) 548-7004
*Attorneys for Defendants*

*signature: Robert Scher*
Peter N. Wang (PW 9216)
Robert A. Scher (RS 2910)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
(212) 682-7474
*Attorneys for Plaintiffs*

**SO ORDERED:**
Dated: New York, New York
       April ___, 2008.

*signature: George B. Daniels*
Hon. George B. Daniels
U.S.D.J.

\5306054.1