**CERTIFICATE OF SERVICE**

  I do hereby certify I electronically filed the foregoing Answer to the Amended Complaint, dated May 6, 2008 with the Clerk of the Court by using the CM/ECF system on the 6th day of May, 2008, which will send a notice of electronic filing to the following:

    Peter Wang, Esq.
    Robert Scher, Esq.
    Foley & Lardner, LLP
    90 Park Avenue
    New York, NY 10016
    (212) 682-7474
    (212) 687-2329 (fax)
    Email: rscher@foley.com


      McGUIREWOODS LLP


      _____/s/ _____
      Marshall Beil (MB 0992)