McGuireWoods LLP
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105-0106
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

Marshall Beil
Direct: 212.548.7004

McGUIREWOODS

mbeil@mcguirewoods.com
Direct Fax: 212.715.2319



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 8 2008

May 6, 2008

**VIA FEDERAL EXPRESS**

Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**SO ORDERED**

*[signature]*
**HON. GEORGE B. DANIELS**

MAY 0 8 2008

*Bennett v. Paul Yaffe Design Inc.*
Case No. 07 Civ 8583 (GBD)

Dear Judge Daniels:

This letter is written on behalf of all parties.

As discussed with Chambers earlier today, the parties have agreed to conduct limited document and deposition discovery to develop the facts and determine the future course of this litigation. To allow that to happen, the parties requested that the conference scheduled for tomorrow morning be adjourned. Your clerk gave us a new conference date, June 25, 2008, at 9:45 am. As your clerk so graciously offered, if in the interim the assistance of the Court or a Magistrate Judge would be helpful in reaching a settlement, the parties will contact Chambers.

Thank you for the Court's attention to this matter.

Respectfully,

*[signature]*
Marshall Beil
Attorney for Defendants

cc (via email only): Peter N. Wang, Esq., Attorney for Plaintiff

\6243708.1