

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 1 8 2008

**FOLEY**
FOLEY & LARDNER LLP

ATTORNEYS AT LAW
90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
foley.com

WRITER'S DIRECT LINE
212.338.3405
rscher@foley.com EMAIL

CLIENT/MATTER NUMBER
092485-0101

June 18, 2008

**BY FACSIMILE**

Honorable George B. Daniels
United States District Judge
United States District Court
500 Pearl Street, Room 630
New York, New York 10007

**SO ORDERED**
The conference is adjourned to July 8, 2008 at 9:30 a.m.

*George B Daniels*
HON. GEORGE B. DANIELS

JUN 1 8 2008

Re:   Dawn Bennett v. Paul Yaffe Design, Inc. et al.
      Index No. 07 Civ. 8583 (GBD)

Dear Judge Daniels:

    I write on behalf of all parties in the above-referenced matter. The parties are scheduled to appear before Your Honor on June 25, 2008, at 9:45 am for a status conference. As we have previously informed Your Honor, the parties have agreed to conduct limited documentary and oral discovery to determine the future course of this litigation. Although the parties had hoped to complete such discovery prior to the conference, depositions remain to be taken on June 25 and June 27, 2008. The parties therefore request that the status conference be rescheduled for a future date that is convenient for the Court.

Respectfully submitted,

*Robert A. Scher*

Robert A. Scher

cc:   Marshall Beil, Esq.

BOSTON          JACKSONVILLE      NEW YORK           SAN FRANCISCO    TOKYO
BRUSSELS        LOS ANGELES       ORLANDO            SHANGHAI         WASHINGTON, D.C.
CENTURY CITY    MADISON           SACRAMENTO         SILICON VALLEY
CHICAGO         MIAMI             SAN DIEGO          TALLAHASSEE
DETROIT         MILWAUKEE         SAN DIEGO/DEL MAR  TAMPA

NYC_266341.1