UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Plaintiff, FYO Originals, LLC
           Dawn Bennett
    -v-

Defendant. Paul Yaffe Design, Inc
           Paul Yaffe

-------------------------------------------------------------X

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07cv08583 (GBD)(DCF)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 10 2008
```

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

✓ Settlement*

_ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)
___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
   Purpose: _____
___ Habeas Corpus
___ Social Security
___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____

All such motions: ____

* Do not check if already referred for general pretrial.
  Dated _____

JUL 10 2008

SO ORDERED:

*George B. Daniels*
HON. GEORGE B. DANIELS
United States District Judge